1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DAVID A. DANIELL,

                              Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                              Defendant.

Case No. C11-5227 JRC

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

      Plaintiff's application to proceed in forma pauperis (ECF No. 1) is GRANTED.  Plaintiff does not appear to have funds available to afford the $350.00 filing fee.

      The Clerk of Court is directed to issue summonses submitted by plaintiff to enable proper service of the complaint on the appropriate parties.  **It is the responsibility of plaintiff and plaintiff's attorney to properly serve copies of the complaint along with appropriate summonses as required by Rule 4 of the Federal Rules of Civil Procedure.**

      DATED this 25th day of March, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1