# United States District Court

WESTERN DISTRICT OF WASHINGTON

DAVID A. DANIELL

     v.

MICHAEL J. ASTRUE, Commissioner
  of Social Security Administration

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5227BHS

__   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Court adopts the Report and Recommendation; and

The matter is REVERSED and REMANDED pursuant to sentence four of the 42 U.S.C. § 405(g), to the Administration for further consideration.


| October 31, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |